# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMAL SPOONHOUR,** : | |
|     Petitioner : | |
| : | No. 1:07-cr-00154-1 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA,** : | |
|     Respondent : | |

## ORDER

**AND NOW**, on this 20th day of October 2014, **IT IS HEREBY ORDERED THAT:**

1. The United States' motion to dismiss (Doc. No. 128) is **GRANTED**;

2. Petitioner Jamal Spoonhour's motion to vacate (Doc. No. 123), his accompanying supplemental motions (Doc. No. 117, 119, 121, 131), and his motion to show cause (Doc. No. 133) are **DENIED**; and

3. A certificate of appealability **SHALL NOT ISSUE**.

                                              S/ Yvette Kane
                                              Yvette Kane, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania